The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD L. McCLUSKEY, individually and on behalf of all other similarly situated persons, and on behalf of the RED DOT CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN,

Plaintiff,

v.

TRUSTEES OF RED DOT CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST; R. BRUCE CHANNER; RICK BOMAN; GARY HANSEN; CHRYSTAL HARVEY; JESSE SMITH; ADMINISTRATIVE COMMITTEE OF RED DOT CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST; and RED DOT CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN,

Defendants.

Case No. C09-0449RSM

STIPULATION AND ORDER REGARDING CLASS CERTIFICATION MOTION

**A. Stipulation**

As stated in the parties' earlier stipulation and proposed order regarding class certification briefing (Dkt. 20), following Plaintiff's timely filing of his motion for class

STIPULATION AND PROPOSED ORDER RE
CLASS CERTIFICATION MOTION – PAGE 1
Case No. C09-0449RSM

SONG MONDRESS PLLC
720 THIRD AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-1500
FACSIMILE: (206) 398-1501

certification on October 15, 2009, the parties became aware that new information could affect the litigation and Plaintiff's pending motion for class certification. In accordance with that stipulation, on November 10, 2009 the Court ordered the requested extension of the class certification briefing schedule to allow the parties to address and reevaluate their positions in light of the new information. (Dkt. 21.) As requested by the parties, the Court's order was without prejudice to (1) a potential motion by plaintiff to amend his complaint, or refile an amended motion for class certification, or (2) any opposition by Defendants to such potential motions. (*Id.*)

The new information concerned a Plan Amendment and a distribution policy adopted on or about November 6, 2009 regarding the Defendant Red Dot Employee Stock Ownership Plan ("Plan"); the Plan Amendment and distribution policy both directly relate to the allegations in this action concerning the Plan and the pending motion for class certification.

During the period for review and reevaluation granted by the Court to address the new information, the parties have agreed that in order to properly address the new information affecting the litigation and class certification issues, Plaintiff's motion for class certification should be withdrawn, with an opportunity to file a new motion for class certification. The parties therefore stipulate that the pending motion for class certification (Dkt. 14) be withdrawn, and that the case schedule be amended to allow Plaintiff to file a new motion for class certification by December 17, 2009, with such motion to be noted for January 15, 2010 and Defendants' response to that motion to be filed by January 8, 2010.

STIPULATION AND PROPOSED ORDER RE
CLASS CERTIFICATION MOTION – PAGE 2
Case No. C09-0449RSM

SONG MONDRESS PLLC
720 THIRD AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-1500
FACSIMILE: (206) 398-1501

Respectfully submitted this 20th day of November, 2009.

        SIRIANNI YOUTZ MEIER & SPOONEMORE

By:   s/ Richard E. Spoonemore
       Richard E. Spoonemore, WSBA #21833
       719 Second Avenue, Suite 1100
       Seattle, WA 98104
       Phone: (206) 223-0303
       Fax: (206) 223-0246
       Email: rspoonemore@sylaw.com

Attorneys for Plaintiff Richard McCluskey

SONG MONDRESS PLLC

By:   s/ Michael P. Monaco
       Michael P. Monaco, WSBA No. 24460
       720 Third Avenue, Suite 1500
       Seattle, WA 98104
       Phone: (206) 398-1500
       Fax: (206) 398-1501
       Email: mmonaco@songmondress.com

Attorneys for Defendants

## B. Order

It is so Ordered. In accordance with the above stipulation, the pending motion for class certification in this action (Dkt. 14) is withdrawn. The case schedule is amended to allow a new motion for class certification to be filed by December 17, 2009; any such motion shall be noted for January 15, 2010, and Defendants' response thereto to shall be filed by January 8, 2010.

Dated this 1 day of December 2009.

                    RICARDO S. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE
CLASS CERTIFICATION MOTION – PAGE 3
Case No. C09-0449RSM

SONG MONDRESS PLLC
720 THIRD AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-1500
FACSIMILE: (206) 398-1501